UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Case No. 21- 278 (BAH) |
| DANIEL HERENDEEN, | |
| Defendant. | |

**INDEX OF EXHIBITS TO
DANIEL HERENDEEN'S SENTENCING MEMORANDUM**

| Exhibit | Description |
|---|---|
| A | Letter from Patricia Switaj |
| B | Letter from Daniel Herendeen |
| C | Letter from Laura & Kenneth Kish |