Honorable Beryl A. Howell
United States District Court Chief Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.,
Washington, D.C. 20001

Your Honor:

Thank you for this opportunity to provide a few comments regarding my grandson, Daniel Herendeen. Daniel has pleaded guilty in a case currently before you.

I, along with my wife Dr. Patricia L Switaj reside in Oxford Michigan. Daniel Herendeen is my Grandson and I know him to be a good family man who is raising three children.

During the time which I spent with Daniel over the years, he has always been respectful and courteous to me and the rest of our family.

Due to a serious illness, I lost the ability to walk and can only stand with assistance. Daniel has always been there to provide whatever assistance I needed.

When I had trouble getting into my vehicle because the garage floor was wet, Daniel on his own cleaned and coated the garage floor with a non-slip epoxy at no cost. When I tried to pay him for the work, he refused payment and said he just wanted too due something nice for me.

My wife always comments on how much time Daniel spends with not only his children but with his nieces and nephews. Taking them camping, swimming, and to various theme parks is always on the top of his agenda.

I sincerely implore that you consider Danial's overall actions as a respected grandson, son, and father when imposing your sentence.

**Exhibit A**

A lenient sentence will allow for speeder return of Daniel to his family where he is needed and will be greatly missed.

Respectfully,

*Lawrence Switaj*
Lawrence Switaj
█ Southshore Drive
Oxford, Michigan 48371
(586) █