Your Honor,

First off your honor, I would like to take full responsibility for my actions on January 6th 2021.

To everyone that was working in the capital representing the American people, the heroes protecting the capital and the American people watching, I truly do apologize for what transpired January 6th and my involvement on that day . It is a black spot on this nations history.

Being born and raised in a small town in Indian, my life was pretty good. I had my parents, 2 little brothers, family, friends, house, pond, corn fields, dirt bike. Things were good till I was around 7 years old when my parents started fighting and got a divorce. I was devastated and chose to live with my father and my mother took my two brothers and moved in with her new boyfriend.

Living with my dad was still good but missed my brother's. Couple months later my mother married that man and moved to Michigan with my brothers, I still stayed with my father. I became a lot more independent rather quickly. I still would not have changed living with my dad on my own, unfortunately November 6, 1985 I was woken up by my grandmother and the news that my father had passed in a car accident. Not only was my world crushed, it was turned upside down and less than 24 hours I was moved from my family, friends, school, everything I knew and was moved to Michigan.

From then on life was a bit of a struggle for me and my brothers. Our stepfather was strict and would enforce physical punishment and me being the oldest, I always felt like I had to protect my brothers. This lasted until I was about 15 years old and then I started staying at friends houses and bouncing around and would stay home as little as possible. I was blessed with finding a best friend down the street in second grade and a core group of friends after that, that I have known since we're in seventh grade, they all got me through a lot of difficult times. I would talk and take advice from them and their families to learn life. My mother eventually divorced my stepdad, I did get two beautiful sisters from my

**Exhibit B**

stepdad but I was not sad to see him go. By that time I was pretty much an adult and on my own.

I started working construction at an early age and then got in the union labor's local Pontiac 1076. I was married and had three beautiful children, although not together, I still get along with their mothers.

In 2009 while working and raising kids I went college full-time. While going to school hard work got me on the Dean's list every semester and graduated cum laude of my class for EMT. Then I moved on to the fire Academy at Macomb community college, graduated on the Dean's list and fourth in my class. Choose these classes because I want to help those who can't help themselves.

Soon after graduating mother of my children and I split up and life changed again. We agreed on joint custody and raised jointly until around 2018 when they started living full time with me. Although she is a good mother, helpful when she is around and we all love her, she sometimes is absent from their lives. This has made the children depend on me as the parent that will always be there for them. January 6th I jeopardized them being able to depend on me being there for them.

I do not condone the violent behavior. I agree with most people that anyone that assaulted police or damaged the capital that day should be punished fully.

Since January 6 I stayed out of politics altogether and got away from social media. I never really cared about politics before 2016, I don't know if it was social media and having so much excess that made everyone become interested in politics but I know my life is better without.

My mistake has taken an extreme toll on children, business and myself. My daughter has had an extremely rough time and I've had to seek counseling for myself.

That makes me think every day of the people that lived in fear and the police that protected the capital and the mental anguish they have to be

dealing with on a day to day and their families have to deal with on a day to day. I am so sorry for this.

The remorse, sorrow and embarrassment I have for being part of the events of January 6 will always be with me.

Thank you Honor for giving me the opportunity to present my letter.

Daniel Herendeen