Date: February 14, 2022

To: Honorable Beryl A. Howell
United States District Court Chief Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.,
Washington D.C. 20001

From: Laura & Kenneth Kish

Regarding: Daniel Herendeen

Dear Judge,

    I, Laura Kish am writing this letter to share with you my knowledge and thoughts of my son, Daniel Herendeen. This includes his step-father, Kenneth Kish thoughts as well. Kenneth has known my son for almost 25 years. Both of us have had a strong presents in his life. Daniel has two brothers and two sisters. We love our family gatherings. It keeps us all closer.

    My son, Daniel has raised his children mostly on his own and Daniel has been an excellent father. Daniel is very dependable and has proven that he provides the most stability in his children's lives.

    Daniel has wonderful work ethics. He works every day possible. Also, Daniel looks for extra work when needed. Daniel makes sure that he is meeting all needs of his children.

    Daniel's kindness continues with helping my husband and me with many things. We call him for favors such as moving furniture, and helping with our landscape, etc. When we have a lot of snow Daniel will come by and check on us to make sure we are not snowed in.

    We are aware that Daniel has pleaded guilty. Also, we are pleased that he wants to accept responsibility for his actions with sincerity.

    With respect, we request that you take Daniel's history as a great dad and provider for his children, James 16 and Katelyn 14 and that Daniel is overall a thoughtful person into consideration when sentencing.

    We are sincerely grateful for having this opportunity to express ourselves.

Respectfully,

*Laura Kish*
Laura Kish

*Kenneth Kish*
Kenneth Kish

Norfolk Dr.
Macomb, MI 48044

Exhibit C