UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL HERENDEEN,<br><br>                Defendant. | Criminal Case No. 21- 278-BAH<br>Chief Judge Beryl A. Howell<br><br>**FILED UNDER SEAL** |

### DANIEL HERENDEEN'S RESPONSE TO MINUTE ORDER REGARDING PUBLIC RELEASE OF VIDEO EXHIBIT 5

      Daniel Herendeen, through counsel, provides notice that he does not object to the public release of the videos submitted by the government for sentencing. On March 23, 2022, this Court directed the government to submit notice of any videos relied on in the government's sentencing memorandum other than the four videos already submitted in support of the Statement of Offense. (R. 57) The government provided notice of one additional video, Exhibit 5. (R. 83) Mr. Herendeen does not object to making that video available to the public.

Date: March 27, 2022                  Respectfully submitted,

                                                        **FEDERAL COMMUNITY DEFENDER**

                                                        /s/Colleen P. Fitzharris
                                                        Attorney for Daniel Herendeen
                                                        613 Abbott Street, Suite 500
                                                        Detroit, MI 48226
                                                        (313) 967-5866
                                                        colleen_fitzharris@fd.org

## CERTIFICATE OF SERVICE

On March 27, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing System.

**FEDERAL COMMUNITY DEFENDER**

/s/Colleen P. Fitzharris
Attorney for Daniel Herendeen
613 Abbott Street, Suite 500
Detroit, MI 48226
(313) 967-5866
colleen_fitzharris@fd.org