# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-cr-278 (BAH) |
| DANIEL JAY HERENDEEN, | Judge Beryl A. Howell |
| Defendant. | |

## ORDER

Upon consideration of the defendant's Emergency Unopposed Motion to Delay Self-Surrender, ECF No. 92, in light of the Probation Department's numerous attempts to determine defendant's self-surrender date, to which the Bureau of Prisons failed to respond, and in light of the severe adverse effects of the Bureau of Prison's brief three-day advance notice of defendant's self-surrender date not merely for defendant's family, which should be prepared for this eventuality, but for his co-workers, clients, and employer due to his current assignment as foreman of a Toyota plant in Huntsville, Alabama, for which his sudden departure could disrupt the plant's work for as long as 3 to 4 days, it is hereby

**ORDERED** that defendant's Emergency Unopposed Motion to Delay Self-Surrender, ECF No. 92, is GRANTED; it is further

**ORDERED** that Mr. Herendeen shall surrender himself by May 8, 2023 at 5 p.m.

**SO ORDERED.**

DATE: April 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge