AO 83 (Rev. 12/11; DC 3/21) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DANIEL HERENDEEN<br><br>Defendant | )<br>)<br>)  Case No. CR 21-278-02 (BAH)<br>)<br>)<br>) |

DOB

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

Place: United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Courtroom No.: 26A

Date and Time: 01/26/2024 9:30 am

This offense is briefly described as follows:

See Attached Minute Order And U.S. Probation Petition



Date: 01/11/2024

ANGELA D. CAESAR, Clerk
BY: _____
Issuing officer's signature

MARK COATES     DEPUTY CLERK
Printed name and title

---

I declare under penalty of perjury that I have

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 1/18/2024

_____
Philip C. Withers

RECEIVED
JAN 29 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case (Page 2)

Case No. CR 21-278-02 (BAH)

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: DANIEL HERENDEEN

Last known residence: [redacted]

Usual place of abode *(if different from residence address)*: [redacted]

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)*

☒ I personally served the summons on this defendant on *(date)* 1/18/2024   12:22 at
*(place)* 719 Church street   ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____
who is authorized to receive service of process on behalf of *(name of organization)* _____
on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned: 1/18/2024

Server's signature

Philip Lothrs
Printed name and title

Remarks:
Spoke w/ mr Herendeen, He is non-ambulatory from an automobile
accident, He said he is aware of this court date but it was