IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal Case No. 21-278(BAH) |
| v. | Hon. Beryl A. Howell |
| DANIEL JAY HERENDEEN, | |

**MOTION TO CONTINUE HEARING**

Daniel Herendeen, through counsel Colleen P. Fitzharris, moves to continue the probation violation hearing scheduled to take place in person on June 28, 2024 for 90 days. The government does not oppose this request.

Mr. Herendeen pleaded guilty to Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1). This Court sentenced him to 36 months' probation. Dkt. 87, Judgment. On January 11, 2024, undersigned counsel received notice of an in-person hearing to address alleged violations of probation. The violation petition alleges that Mr. Herendeen committed a criminal offense, failed to report his arrest within 72 hours, failed to comply with the special condition that he submit to two months' home detention, failed to report to his probation officer as directed, and relocated without approval from the Probation Department. Mr. Herendeen asks the Court to continue the hearing for two reasons.

First, at the end of December 2023, Mr. Herendeen was in a horrific car accident and was hospitalized. As of June 12, 2024, his doctor does not believe he can travel in his current medical condition. Ex. 1, Dr. Tatman Ltr. As a result of the accident, Mr. Herendeen requires a walker to move around and is in constant pain. He can barely tolerate more than 40 minutes in a car. In addition to the physical challenges, Mr. Herendeen has suffered significant cognitive decline as a result of the accident. He has memory loss and has difficulty remembering information learned 10 minutes later. Ex. 2, Stortini Decl.

Second, the first violation alleged that Mr. Herendeen committed criminal offenses. He has been charged, and the case is still pending in Michigan courts. Mr. Herendeen is aware of the bench warrants in Michigan and is working with undersigned counsel and her staff to resolve the warrants. He missed the hearings because of a miscommunication with his counsel in Michigan.

Mr. Herendeen asks this Court to continue the hearing regarding Violation 1 to allow the criminal proceedings to resolve. Resolution of the charges in state court may obviate the need for an evidentiary hearing. Mr. Herendeen enjoys more constitutional protections in those ongoing criminal proceedings than in hearings for alleged probation violations. He asks for the opportunity to defend against those charges in state court before addressing the violation in federal court.

Mr. Herendeen has been taking steps to comply with supervision. On June 10, 2024, the Probation Department filed a report stating that his housing and employment status were unknown. On June 6, 2024, Mr. Herendeen missed a call from his probation

officer. He contacted the Probation Department on June 10, 2024 but did not reach the officer before this report was filed. Mr. Herendeen has subsequently contacted the Probation Department on June 12, 13, and 14. Ex. 3, Herendeen Emails. Given Mr. Herendeen's cognitive challenges, undersigned counsel is available to help him follow through on any direction the Probation Department gives him.

## CONCLUSION

Mr. Herendeen respectfully asks this Court to continue the hearing on the alleged probation violations for at least 90 days.

Date: June 18, 2024                            Respectfully submitted,

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF WASHINGTON
s/ *Colleen P. Fitzharris*
Counsel for Daniel Herendeen
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all parties of record.

Date: June 18, 2024

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF WASHINGTON
s/ *Colleen P. Fitzharris*
Counsel for Daniel Herendeen
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org