IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal Case No. 21-278(BAH) |
| v. | Hon. Beryl A. Howell |
| DANIEL JAY HERENDEEN, | |

**MOTION TO CONTINUE HEARING**

Daniel Herendeen, through counsel Colleen P. Fitzharris, moves to continue the probation violation hearing scheduled to take place in person on September 27, 2024, for at least 60 days. The government consents to a 60-day continuance based on the information available at this time.

Mr. Herendeen pleaded guilty to Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1). This Court sentenced him to 36 months' probation. Dkt. 87, Judgment. The violation petition alleges that Mr. Herendeen committed a criminal offense, failed to report his arrest within 72 hours, failed to comply with the special condition that he submit to two months' home detention, failed to report to his probation officer as directed, and relocated without approval from the Probation Department. Mr. Herendeen asks the Court to continue the hearing for two reasons.

First, at the end of December 2023, Mr. Herendeen was in a horrific car accident, lost consciousness, and fractured multiple bones. Since the accident, he has had numerous intensive reconstructive surgeries to repair fractured ribs, hip socket, and nose. He struggles to walk and to sit for hours at a time.

As of September 18, 2024, his doctor does not believe he can travel in his current medical condition until January 2025. Ex. 1, Dr. Tatman Ltr. Medical records show that Mr. Herendeen is at risk for deep venous thrombosis, has anemia, endures severe pain, and has orthostatic hypotension—a condition that causes a sudden drop of blood pressure. Sealed Ex. 2, Aug. 28, 2024 Summary; Ex. 3, Orthostatic Hypotension—MedlinePlus Summary. These conditions and physical limitations make travel very difficult.

In addition, to manage the pain he is prescribed a buprenorphine patch. Although this medication helps manage the pain, it affects his cognitive function.

Second, the first violation alleged that Mr. Herendeen committed criminal offenses. He has been charged, and the case is still pending in Michigan courts. On September 16, 2024, Mr. Herendeen appeared remotely for a pretrial conference in Case No. 2012-23-3099SM-SM in 41B District Court. That case is set for trial on October 21, 2024. Ex. 4, Dkt. 41B D. Ct. If he is permitted to appear by video for that trial, Mr. Herendeen will do so, otherwise he will have to ask the court to continue the trial.

Mr. Herendeen's second criminal case, Case No. 2023-003472-FH, in the 39th Circuit Court cannot proceed because he is unable to travel. Staff from the Federal Public Defender have contacted the court and provided documentation of Mr.

2

Herendeen's medical condition. The court will not quash the active warrant, however, unless and until he appears in person. In addition, Mr. Herendeen does not have counsel assigned to represent him.[1] The court will not appoint counsel to represent him unless and until he appears on person.

Mr. Herendeen asks this Court to continue the hearing regarding Violation 1 to allow the criminal proceedings to resolve. Resolution of the charges in state court may obviate the need for an evidentiary hearing. Mr. Herendeen enjoys more constitutional protections in those ongoing criminal proceedings than in hearings for alleged probation violations. He asks for the opportunity to defend against those charges in state court before addressing the violation in federal court.

## CONCLUSION

Mr. Herendeen respectfully asks this Court to continue the hearing on the alleged probation violations for at least 60 days.

Date: September 20, 2024          Respectfully submitted,

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF WASHINGTON
s/ *Colleen P. Fitzharris*
Counsel for Daniel Herendeen
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org

---

[1] Although there has been no formal motion for Mr. Herendeen's counsel to withdraw from Case No. 2023-003472-FH, there has been a breakdown of the attorney-client relationship. She has not been in communication with Mr. Herendeen since June 2024.

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all parties of record.

Date: September 20, 2024                    Respectfully submitted,

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF WASHINGTON
s/ *Colleen P. Fitzharris*
Counsel for Daniel Herendeen
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org