IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal Case No. 21-278(BAH) |
| v. | Hon. Beryl A. Howell |
| DANIEL JAY HERENDEEN, | |

**MOTION TO CONTINUE HEARING**

Daniel Herendeen, through counsel Colleen P. Fitzharris, moves to continue the probation violation hearing scheduled to take place in person on September 27, 2024, for at least 60 days. The government consents to a 90-day continuance based on the information available at this time.

Mr. Herendeen pleaded guilty to Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1). This Court sentenced him to 36 months' probation. Dkt. 87, Judgment. The violation petition alleges that Mr. Herendeen committed a criminal offense, failed to report his arrest within 72 hours, failed to comply with the special condition that he submit to two months' home detention, failed to report to his probation officer as directed, and relocated without approval from the Probation Department. Mr. Herendeen asks the Court to continue the hearing for two reasons.

1

First, at the end of December 2023, Mr. Herendeen was in a horrific car accident, lost consciousness, and fractured multiple bones. Since the accident, he has had numerous intensive reconstructive surgeries to repair fractured ribs, hip socket, and nose. He struggles to walk and to sit for hours at a time. Ex. 1, Herendeen Decl. (filed under seal).

As of September 18, 2024, his doctor does not believe he can travel in his current medical condition until January 2025. Ex. 2, Dr. Tatman Ltr (filed under seal). Since September 2024, Mr. Herendeen has submitted multiple requests to his doctor for a more detailed letter. Natalya Kim, a paralegal at the Federal Public Defender for the Western District of Washington, requested more detailed information on Mr. Herendeen's behalf. She faxed requests on September 20, October 15, October 21, and November 12, 2024. Ms. Kim also called and left voicemails on November 6 and 13, 2024. On November 13, 2024, Ms. Kim contacted the Vanderbilt Hospital Legal Department for assistance. On November 18, 2024, she received a response, but not a letter from the doctor. Accordingly, Mr. Herendeen submits the September letter again in support of the motion to continue the hearing, as well as a declaration describing his physical limitations.

Second, the first violation alleged that Mr. Herendeen committed criminal offenses. He has been charged, and the case is still pending in Michigan courts. On September 16, 2024, Mr. Herendeen appeared remotely for a pretrial conference in Case No. 2012-23-3099SM-SM in 41B District Court. That case has since been dismissed. Ex. 3, Dkt. 41B.

Mr. Herendeen's second criminal case, Case No. 2023-003472-FH, in the 39th Circuit Court cannot proceed because he is unable to travel. Staff from the Federal Public Defender have contacted the court and provided documentation of Mr. Herendeen's medical condition. The court will not quash the active warrant, however, unless and until he appears in person. In addition, Mr. Herendeen does not have counsel assigned to represent him.[1] The court will not appoint counsel to represent him unless and until he appears on person.

Mr. Herendeen asks this Court to continue the hearing regarding Violation 1 to allow the criminal proceedings to resolve. Resolution of the charges in state court may obviate the need for an evidentiary hearing. Mr. Herendeen enjoys more constitutional protections in those ongoing criminal proceedings than in hearings for alleged probation violations. He asks for the opportunity to defend against those charges in state court before addressing the violation in federal court.

Mr. Herendeen has tried to maintain contact with the Probation Department. On November 1, 2024, he sent a text message to the probation officer assigned to check in. To date, he has not received a response. Ex. 4, Screenshot of Text Messages.

## CONCLUSION

Mr. Herendeen respectfully asks this Court to continue the hearing on the alleged probation violations for at least 90 days.

---

[1] Although there has been no formal motion for Mr. Herendeen's counsel to withdraw from Case No. 2023-003472-FH, there has been a breakdown of the attorney-client relationship. She has not been in communication with Mr. Herendeen since June 2024.

Date: November 18, 2024                Respectfully submitted,

                                                    FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF WASHINGTON
s/ *Colleen P. Fitzharris*
Counsel for Daniel Herendeen
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 830-2926
colleen_fitzharris@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all parties of record.

Date: November 18, 2024              Respectfully submitted,

                                                      FEDERAL PUBLIC DEFENDER
                                                      WESTERN DISTRICT OF WASHINGTON
                                                      s/ *Colleen P. Fitzharris*
                                                      Counsel for Daniel Herendeen
                                                      1601 Fifth Ave., Suite 700
                                                      Seattle, Washington 98101
                                                      (206) 830-2926
                                                      colleen_fitzharris@fd.org